## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br>                  *Plaintiffs,*<br>v.<br>PLIVA INC.<br><br>                  *Defendant.* | Civil Action No. 07-196 (ECF Case)<br>(WHW) (MF)<br>(consolidated for discovery) |
| v. <br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.,<br><br>                  *Defendants.* | Civil Action No. 07-247 (ECF Case)<br>(WHW) (MF)<br>(consolidated for discovery) |
| v. <br><br>MATRIX LABORATORIES LTD. and MATRIX LABORATORIES INC.,<br><br>                  *Defendants.* | Civil Action No. 07-581 (ECF Case)<br>(WHW) (MF)<br>(consolidated for discovery) |
| v. <br><br>DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD.<br><br>                  *Defendants.* | Civil Action No. 07-634 (ECF Case)<br>(WHW) (MF)<br>(consolidated for discovery) |
| v. <br><br>COBALT PHARMACEUTICALS, INC. and COBALT LABORATORIES, INC.<br><br>                  *Defendants.* | Civil Action No. 07-1690 (ECF Case)<br>(WHW) (MF)<br>(consolidated for discovery) |

**(PROPOSED) SCHEDULING ORDER PURSUANT TO RULE 16**

The parties having submitted a joint proposed discovery schedule pursuant to Fed. R. Civ. P 26(f), and having appeared before the Court for a scheduling conference on July 12, 2007, it is now hereby ORDERED that pre-trial discovery proceed in accord with the following schedule and limitations:

I. **Consolidation.** Civil Action No. 07-1690 (WHW) (MF) is consolidated for purposes of discovery with the other civil actions herein.

II. **Interrogatories.** Maximum of 25 interrogatories (including discrete subparts) by each side per civil action.

III. **Fact Depositions.** ✻ *See below*

  A. ~~Plaintiffs' Witnesses. Maximum of 20 depositions of plaintiffs' witnesses to be taken collectively by defendants; maximum of two 7-hour days of examination per witness; defendants shall coordinate among themselves which counsel will take the lead at each deposition and shall use their best efforts to avoid duplicative questioning.~~

  B. ~~Defendants' Witnesses. Maximum of 20 depositions per civil action of defendants' witnesses to be taken by plaintiffs; maximum of two 7-hour days of examination per witness.~~

IV. **Schedule.**

| Type of Discovery | Date |
|---|---|
| Non-binding identification of claims to be asserted by plaintiffs against each defendant | November 15, 2007 |
| Document discovery substantially completed | January 1, 2008 |
| Exchange privilege logs | January 1, 2008 |
| Motions to amend pleadings/join additional parties to be filed no later than | February 14, 2008 |
| Fact discovery completed | July 14, 2008 |
| Responses to contention interrogatories served no later than | July 28, 2008 |
| Service of affirmative expert reports on behalf of party with burden of proof on claim or defense | September 1, 2008 |
| Service of rebuttal expert reports | September 30, 2008 |

| Type of Discovery | Date |
|---|---|
| Service of reply expert reports | October 17, 2008 |
| Expert discovery completed | January 16, 2009 |
| Dispositive motions to be served and filed no later than | February 17, 2009 |
| Opposition papers to be served and filed no later than | March 17, 2009 |
| Reply papers to be served and filed no later than | March 31, 2009 |

Dated: Aug 24, 2007

_____
Mark Falk
United States Magistrate Judge

* The parties are directed to proceed with depositions expeditiously, in good faith within the general parameters discussed at the scheduling conference and raise any unresolvable disputes with the Magistrate Judge, following an in-person meeting amongst counsel to resolve the dispute. MF

- 3 -